```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

ESLAM HASSAN,

                              Plaintiff,

        -against-

CORRECTION OFFICER REYNOSO, et al.,

                              Defendants.

```
-----------------------------------------------------------------X
```

19-CV-05938 (PGG)(SN)

**ORDER OF SERVICE**

**SARAH NETBURN, United States Magistrate Judge:**

       To allow Plaintiff, proceeding *pro se*, to effect service on Defendants Frank Flores and Ivor Bharat through the U.S. Marshals Service, the Clerk of the Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants.

       The service address for defendant Flores is: Dr. Frank Flores, ████████ ████████ The service address for defendant Bharat is: Ivor Bharat, PA, c/o Gwendolyn Renee Tarver, PAGNY-Correctional Health Services, 49-04 19th Avenue, 1st Floor, Astoria, New York 11105. The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all of the paperwork necessary for the Marshals Service to effect service upon these defendants.

       It is Plaintiff's responsibility to ensure that service is made within 90 days of the date the summons is issued and, if necessary, to request an extension of time for service. See Meilleur v.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2020

Strong, 682 F.3d 56, 63 (2d Cir. 2012). Plaintiff also must notify the Court in writing if his address changes, and the Court may dismiss the action if he fails to do so.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED: New York, New York
February 26, 2020

cc: Eslam Hassan
16-A-4333
Sing Sing Correctional Facility
354 Hunter Street
Ossining, NY 10562