UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ESLAM HASSAN,

                              **Plaintiff,**                 19-CV-05938 (PGG)(SN)

           -against-                                           **ORDER**

**CORRECTION OFFICER REYNOSO, et al.,**

                              **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On April 4, 2020, the Court directed *pro se* Plaintiff to file a change of address form. The Court's order informed Plaintiff that failure to notify the Court of his current contact information may result in dismissal of this case without prejudice. See ECF No. 50. Plaintiff has failed to file a change of address form and Defendants state in their May 4, 2020 letter that they are unable to contact Plaintiff by phone despite numerous attempts. ECF No. 56.

       Plaintiff must file a change of address form by May 19, 2020. If Plaintiff fails to notify the Court of his current address, the Court will direct Plaintiff to show cause why this case should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 43 (2d Cir. 1982).

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:      May 5, 2020
                  New York, New York