UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ESLAM HASSAN,

                        Plaintiff,                      19-CV-05938 (PGG)(SN)

          -against-                               ORDER

CORRECTION OFFICER REYNOSO, et al.,

                        Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On April 4, 2020, the Court ordered *pro se* plaintiff Eslam Hassan to file a change of address form. Plaintiff failed to do so and on May 5, 2020, the Court again ordered Plaintiff to file a change of address form. Defendants' May 20, 2020 affidavit of service indicates that Plaintiff was served by mail at 1000 Blake Avenue, Brooklyn, NY, 11208. But Plaintiff has still failed to notify the Court of his current address. Plaintiff is hereby ordered to file a change of address form by June 1, 2020. If Plaintiff does not file the change of address form, the Court will order him to show cause why the case should not be dismissed for failure to prosecute. See Lyell Theatre Corp. v. Loews Corp., 682 F.2d 37, 43 (2d Cir. 1982).

**SO ORDERED.**

                                                                            SARAH NETBURN
                                                                            United States Magistrate Judge

DATED:     New York, New York
                May 26, 2020

CC:          Eslam Hassan
               1000 Blake Avenue
               Brooklyn, NY 11208